
# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re: Frieda Joy Turner

Case No. 04-10591

Chapter 7

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Application for Payment of Unclaimed Funds that the claimant is properly entitled to said funds, and that the U.S. Attorney for the District of Arizona was provided a copy of this application with a Notice of Service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

Capital One c/o Valorie Golin, the sum of

Eighty-Nine Dollars ($89.00)

of unclaimed funds held in the U.S. Treasury.

United States Bankruptcy Judge

Dated: